IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LEANTHONY MOSES | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-343 |
| LASALLE CORRECTIONAL CORP., LLC, *et al.*, | § | |

ORDER

Plaintiff filed a typed civil action pursuant to 42 U.S.C. § 1983 on August 22, 2022. (Doc. # 1.) However, Plaintiff appears to assert claims against Defendants who are employed with the LaSalle Correctional facility where he was detained pre-trial for his federal conviction. In order to properly screen Plaintiff's claims, the undersigned believes it would be beneficial to require Plaintiff to re-file his complaint on the form complaint for a *Bivens*-type action.[1] Plaintiff also did not pay the $402.00 filing fee and also failed to file an application to proceed *in forma pauperis*. It is, therefore,

**ORDERED** that the Clerk of Court shall mail Plaintiff the form complaint for a *Bivens*-type action and an application to proceed *in forma pauperis*. Plaintiff will have twenty days from entry below to re-file his complaint on the proper form and file his application to proceed *in forma pauperis*. Plaintiff is admonished that failure to comply with this order may result in dismissal of this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**SIGNED this the 25th day of August, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

---

[1] *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).